# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TYRELL CHALUPA,** | ) | **CASE NO. 8:06CV8** |
| **Plaintiffs,** | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| **CLAY HEATH, and DALE CHANEY, in their individual and official capacities,** | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Plaintiff's Motion to Dismiss. Because the Court finds that the motion complies with Fed. R. Civ. P. 41(a)(1)(i),

IT IS ORDERED:

1)   The Motion to Dismiss (Filing No. 11) is granted;

2)   The Complaint is dismissed without prejudice; and

3)   The parties shall pay their own costs and attorney fees.

DATED this 7th day of March, 2006.

BY THE COURT

s/Laurie Smith Camp
United States District Judge